# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:15-CR-129-ALM-AGD-10 |
| BRYAN JERMINE WEBSTER (10) | § § § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to the Court for a report and recommendation, it conducted a hearing on May 15, 2024, to determine whether Defendant violated the terms of his supervised release. Defendant was represented by Assistant Public Defender Brian O'Shea. The Government was represented by Assistant United States Attorney Anand Varadarajan.

On September 13, 2016, United States District Judge Marcia A. Crone sentenced Defendant to eighty-seven (87) months imprisonment followed by five (5) years of supervised release. *See* Dkts. 456 at 1–3; 751 at 1. On November 10, 2022, Defendant began serving his term of supervised release. *See* Dkt. 751 at 1.

On February 12, 2024, the Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 751), alleging Defendant violated three conditions of his supervised release. *Id.* at 1–2. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any unlawful use of a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; and (3) Defendant shall

1

participate in a program of testing and treatment for alcohol and drug abuse, under the guidance and direction of the Probation Officer, until such time as he is released from the program by the Probation Officer. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1)–(2) On May 3, 2023, Defendant submitted a urine sample at Homeward Bound, in Dallas, Texas, which returned positive for marijuana. Defendant admitted, verbally and in writing, to using marijuana on April 20, 2023, and every weekend until May 5, 2023.

On June 2, 2023, Defendant submitted a urine sample at Homeward Bound in Dallas, Texas, which returned positive for marijuana. The sample was forwarded to the national drug testing laboratory. The results confirmed positive for marijuana.

On December 27, 2023, Defendant submitted a urine sample at Homeward Bound in Dallas, Texas, which returned positive for amphetamines. On January 10, 2024, Defendant reported to the Probation Office and denied using amphetamines, but stated he was sick and took over-the-counter medication. The sample was forwarded to the national drug testing laboratory for confirmation testing. The results confirmed positive for methamphetamine.

On January 10, 2024, Defendant submitted a urine sample at the Probation Office, which returned positive for cocaine. Defendant denied using cocaine; therefore, the sample was forwarded to the national drug testing laboratory for confirmation testing. The results confirmed positive for cocaine.

(3) Defendant violated this condition of supervised release when he failed to report for drug testing on October 16, 2023, and November 20, 2023.

On May 15, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for May 15, 2024. Defendant entered a plea of true to allegations one through three, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt. 764. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 15, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for twelve (12) months and one (1) day with no term of supervised release to follow. The Court further recommends that Defendant be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

**So ORDERED and SIGNED this 17th day of May, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE